*Commonwealth of Massachusetts*

Suffolk, ss.                                    Civil Action No.04-10282 RGS

*Russell F. Sheehan, as he is Administrator, Electrical Workers' Health and Welfare Fund, et al.*

*Plaintiff(s)*

                                                *Answer of the Garnishee*
vs.                                             *Fleet National Bank*

*Thibault Controls, LLC*

*Defendant(s)*

*and*

*Fleet National Bank*

*Trustee*

---

And now the Fleet National Bank, a national banking association summoned as trustee of the defendent(s) in the above-entitled action, appears Sandra Allen, authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Fleet National Bank is holding $1,447.91 in the name of Thibault Controls, LLC.

Signed under the pains and penalties of perjury.

Fleet National Bank

By _[signature]_    Date: 4/5/04

Sandra Allen
Court Order Processing
5701 Horatio Street
Utica, NY 13502





*Fleet National Bank*
*Court Order Processing*
*Mail Stop: NYUT35402J*
*5701 Horatio Street*
*Utica, NY 13502*
*Fax No.(401)-458-4167*

April 5, 2004

**Clerk Of TheUS District Court**
**U.S. Courthouse**
**One Courthouse Way**
**Boston, MA 02110**

Re: Russell F. Sheehan, as he is Adminstrator, Electrical Workers' Health and Welfare Fund, et al
vs: Thibault Controls, LLC

*Enclosed is a copy of the trustee's answer with respect to the above mentioned action. Please file on our behalf.*

Sincerely,

Sandra Allen

cc: Anne R. Sills, Esq.