# United States District Court

_____ DISTRICT OF _____

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,
        Plaintiffs
              V.

Thibault Controls, LLC,
            Defendant

        and

Fleet Bank,
        Trustee

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 10282 RGS

TO: (Name and address of defendant)

   Thibault Controls, LLC
   39 Eagle Drive
   Bedford, NH  03110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   Anne R. Sills, Esquire
   Segal, Roitman & Coleman
   11 Beacon Street
   Suite #500
   Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE  FEB 17 2004

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>April 15 2004 |
| NAME OF SERVER (PRINT)<br>ROBERT P SAVOIE | TITLE<br>Licensed PI NH & MA |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ ~~Returned unexecuted~~  Attempt on Mark Thibault @ # One Woods Avenue Londonderry NH @ 2:45PM. Baby Sitter There, Thibault not there. Looks like a Low Rent Duplex  4/15/04

☒ Other (specify): Served to Agent John Leboe Esq. In Hand @ #6 Loudon road Concord NH @ 3:15pm on 4/15/04

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 15 2004
            Date

Signature of Server
Robert P SAvoie

#7 Earl Street Salem NH 03079
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure