# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS



FILED
... OFFICE

2004 JUL 23  P 12: 21

U.S. DISTRICT COURT
DISTRICT OF MASS

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR,
ELECTRICAL WORKERS' HEALTH AND
WELFARE FUND, LOCAL 103, I.B.E.W.;
ELECTRICAL WORKERS' PENSION FUND,
LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS'
SUPPLEMENTARY HEALTH AND WELFARE
FUND, LOCAL 103, I.B.E.W.; ELECTRICAL
WORKERS' DEFERRED INCOME FUND,
LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS'
JOINT APPRENTICESHIP AND TRAINING
FUND, LOCAL 103, I.B.E.W.; ELECTRICAL
WORKERS' EDUCATIONAL AND CULTURAL
FUND; ANTHONY J. SALAMONE, as he is
ADMINISTRATOR, NATIONAL ELECTRICAL
BENEFIT FUND; and LOCAL 103, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS,
          Plaintiffs

          vs.

THIBAULT CONTROLS, LLC,
          Defendant

          and

FLEET BANK,
          Trustee

C.A. No. 04-10282 RGS

## AFFIDAVIT OF ANNE R. SILLS

1.     My name is Anne R. Sills. I am an attorney with the law firm of Segal, Roitman & Coleman.

2.     This firm has been involved in efforts to collect contributions owed the Electrical Workers' Employee Benefit Funds, Local 103, I.B.E.W. by Thibault Controls, LLC since on or

about July 28, 2003.  Since that date, we have incurred legal fees of $1,424.50 and costs of

$358.61.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _____ DAY OF

JULY, 2004.

_____
Anne R. Sills, Esquire


## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Affidavit has been served by first class mail upon Thibault Controls, LLC c/o John Leboe, Esquire at 6 Loudon Road, Concord, NH  03110 this _____ day of July, 2004.

_____
Gregory A. Geiman, Esquire


ARS/gag&ts
3013 03-284/affsills2.doc