UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, Plaintiffs<br><br>vs.<br><br>THIBAULT CONTROLS, LLC, Defendant<br><br>and<br><br>FLEET BANK, Trustee | C.A. No. 04-10282 RGS |

## DEFAULT JUDGMENT

Defendant Thibault Controls, LLC, having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendant owes Plaintiffs the sum of $51,496.22 in unpaid benefit funds contributions and dues; $8,343.58 in interest on the late-paid and unpaid contributions; an

additional $3,794.41 in liquidated damages; and $1,783.11 in attorneys' fees and costs; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant Thibault Controls, LLC the principal amount of $51,496.22; prejudgment interest of $8,343.58; liquidated damages of $3,794.41; and attorneys' fees and costs of $1,783.11, for a total judgment of $65,417.32, with interest as provided by law, which interest rate is effective this date is \_\_\_\_\_ percent.

 

_____
The Honorable Richard G. Stearns
United States District Court

Dated: _____

ARS/gag&ts
3013 03-284/defltjdg.doc

2