**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**



|  |  |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, | |
| Plaintiffs | C.A. No. 04-10282 RGS |
| vs. | |
| THIBAULT CONTROLS, LLC, <br> Defendant | |
| and | |
| FLEET BANK, <br> Trustee | |

## NOTICE OF BANKRUPTCY FILING BY DEFENDANT

Plaintiffs Russell F. Sheehan, as he is Administrator, Electrical Workers Health and

Welfare Fund, Local 103, IBEW, et al, seek to inform the Court at this time that Defendant

Thibault Controls, LLC has filed for bankruptcy protection pursuant to Chapter 7 of the United

States Bankruptcy Code. Defendant filed in United States Bankruptcy Court for the District of

New Hampshire on July 16, 2004, and is case number 04-12544-JMD.

Respectfully submitted,

RUSSELL F. SHEEHAN, as he is
ADMINISTRATOR, ELECTRICAL
WORKERS' HEALTH AND WELFARE
FUND, LOCAL 103, et al,

By their attorneys,

Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated: July 29, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Notice of Bankruptcy Filing by Defendant has been served by first class mail upon Thibault Controls, LLC c/o John Leboe, Esquire at 6 Loudon Road, Concord, NH  03110 this 29th day of July, 2004.

Gregory A. Geiman, Esquire

ARS/gag&ts
3013 03-284/bankruptnotice.doc

2