LAW OFFICES
ROBERT M. KOCH
SUITE 5
228 LOUDON ROAD
CONCORD, NEW HAMPSHIRE 03301-6061

TEL. (603) 224-8133

FAX (603) 224-8447

August 11, 2004

Tony Anastas, Clerk
U.S. District Court
One Courthouse Way
Boston, MA 02108

Re: **Russell F. Sheehan, as he is Administrator, Electrical Workers' Health and Welfare fund, Local 103, I.B.E.W.; et al v. Thibault Controls, LLC, Case Number: 04-10282RGS**
**Thibault Controls, LLC, Bankruptcy Case no. 04-12544jmd**

Dear Clerk Anastas:

Please be advised that this office represents Thibault Controls, LLC in a Voluntary Chapter 7 Bankruptcy Proceeding in the United States Bankruptcy Court for the District of New Hampshire.

As proof of that representation, enclosed herewith please find a photocopy of the Section 341 Notice which went to all creditors including the Plaintiff's counsel in the above-referenced matter pending in your Court.

Pursuant to 11 U.S.C. 362(a), all further litigation activity is stayed. It has come to my attention that the Plaintiff in the above matter has filed documents in your Court requesting entry of a Default Judgment with no mention at all of the Chapter 7 Proceeding or the effect of 11 U.S.C. 362(a).

Please note this document is not an appearance in the underlying litigation in the United States District Court for the District of Massachusetts, but merely a notification of the pending Chapter 7 Proceeding.

Very truly yours,

Robert M. Koch

RMK/beo
cc: Anne R. Sills, Esquire, Segal, Roitman & Coleman, 11 Beacon Street, Suite #500, Boston, MA 02108

| FORM B9D (Chapter 7 Corporation/Partnership Asset Case) (12/03) | Case Number 04-12544-JMD |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> District of New Hampshire Live Database | |

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor Corporation listed below was filed on 7/16/04.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Thibault Controls LLC
1A Woods Avenue
Londonderry, NH 03053

| Case Number: <br> 04-12544-JMD | Taxpayer ID Nos.: <br> 02-0527948 |
|---|---|
| Attorney for Debtor(s) (name and address): <br> Robert M. Koch <br> 228 Loudon Road <br> Suite 5 <br> Concord, NH 03301 <br> Telephone number: (603) 224-8133 | Bankruptcy Trustee (name and address): <br> Michael S. Askenaizer <br> Law Offices of Michael S. Askenaizer <br> 60 Main Street <br> Nashua, NH 03060 <br> Telephone number: (603) 594-0300 |

### Meeting of Creditors:

Date: **August 19, 2004**     Time: **10:30 AM**      ~ On cal
Location: **1000 Elm Street, 7th Floor – Room 702, Manchester, NH 03101**

### Deadlines to File a Proof of Claim:

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **11/17/04**      For a governmental unit: **1/12/05**

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| Address of the Bankruptcy Clerk's Office: <br> 1000 Elm Street <br> Suite 1001 <br> Manchester, NH 03101-1708 <br> Telephone number: 603-222-2600 | For the Court: <br> Clerk of the Bankruptcy Court: <br> George A. Vannah |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: 7/19/04 |

RECEIVED JUL 24 2004